Office of the Secretary of State
ilsos.gov

---

**New Facility Hours and Appointments**
**APPOINTMENTS REQUIRED** for REAL ID, DL/ID card services and in-car driving tests. Check your local DMV facility for <u>extended hours and appointment availability</u>.



---

# Business Entity Search

## Entity Information

| | |
|---|---|
| **Entity Name** | VELOCITY INVESTMENTS, L.L.C. |
| **Principal Address** | 1800 RTE 34 N BLDG 3 STE 305 WALL, NJ 07719 |

| | | | |
|---|---|---|---|
| **File Number** | 01728113 | **Status** | ACTIVE on 11-28-2022 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **Org. Date/Admission Date** | 01-09-2006 | **Jurisdiction** | NJ |
| **Duration** | PERPETUAL | | |
| **Annual Report Filing Date** | 11-28-2022 | **Annual Report Year** | 2023 |

EXHIBIT A tabbies

| Agent Information | ILLINOIS CORPORATION SERVICE COMPANY 801 ADLAI STEVENSON DRIVE SPRINGFIELD, IL 62703-4261 | Agent Change Date | 01-09-2006 |

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

Purchase Master Entity Certificate of Good Standing

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

# Business Entity Search

## Entity Information

| | |
|---|---|
| **Entity Name** | ASSET RECOVERY SOLUTIONS, LLC |
| **Principal Address** | 2200 E DEVON AVENUE, STE 200 DES PLAINES,IL 60018 |

| | | | |
|---|---|---|---|
| **File Number** | 02614391 | **Status** | ACTIVE on 09-21-2023 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **Org. Date/Admission Date** | 10-08-2008 | **Jurisdiction** | IL |
| **Duration** | PERPETUAL | | |
| **Annual Report Filing Date** | 09-21-2023 | **Annual Report Year** | 2023 |
| **Agent Information** | C T CORPORATION SYSTEM 208 SO LASALLE ST, SUITE 814 CHICAGO, IL 60604-1101 | **Agent Change Date** | 04-07-2011 |

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

Purchase Master Entity Certificate of Good Standing

Purchase Assumed Name Certificate of Good Standing

Articles of Amendment Effecting A Name Change

Adopting Assumed Name