

THE LAW FIRM OF

# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
    davephilipps@aol.com
Mary E. Philipps
    mephilipps@aol.com
Angie K. Robertson
    angie@philippslegal.com

November 10, 2023

Velocity Investments, LLC
1800 Route 34
Suite 305
Wall, New Jersey 07719

Asset Recovery Solutions, LLC
2200 East Devon Avenue
Suite 200
Des Plaines, Illinois 60018

Re:    ***Genesta Kachel,*** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ***Florida*** ▮▮▮▮
       ***Upgrade Account No. ending in*** ▮▮▮▮

To Whom It May Concern:

I along with my co-counsel, Legal Advocates for Seniors and People with Disabilities ("LASPD"), represent Ms. Kachel regarding your improper attempt to collect a debt that she allegedly owes for an Upgrade account. As LASPD previously told you, Ms. Kachel is represented by counsel and refuses to pay the debt you are trying to collect. We demand that you cease your collection actions and stop contacting her.

Very truly yours,

David J. Philipps
DJP:amt

EXHIBIT

G

tabbies®

THE LAW FIRM OF

# PHILIPPS & PHILIPPS, LTD.

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465

PITNEY BOWES
$0.63 ⁰
US POSTAGE IMI
FIRST-CLASS
026W0004097011
2000263507
ZIP 60465
NOV 10 2023



Velocity Investments, LLC
1800 Route 34
Suite 305
Wall, New Jersey 07719

Case: 1:23-cv-15892 Document #: 1-7 Filed: 11/13/23 Page 2 of 3 PageID #:25

THE LAW FIRM OF

# PHILIPPS & PHILIPPS, LTD.

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465

PITNEY BOWES
$0.63 0
US POSTAGE
FIRST-CLASS
02GW0004897358
2000263507
ZIP 60465
NOV 10 2023



Asset Recovery Solutions, LLC
2200 East Devon Avenue
Suite 200
Des Plaines, Illinois 60018

Case: 1:23-cv-15892 Document #: 1-7 Filed: 11/13/23 Page 3 of 3 PageID #:26